```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  BRENT A. WHITTLESEY (Cal. State Bar No. 73493)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-5421
         Facsimile: (213) 894-0142
 9       E-mail: brent.whittlesey@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | No. 5:20-CV-02566 |
|---|---|
| Plaintiff, | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | 21 U.S.C. § 881(a)(7) |
| REAL PROPERTY LOCATED IN RIVERSIDE, CALIFORNIA, | [DEA] |
| Defendant. | |

The United States of America brings this claim against defendant Real Property Located In Riverside, California, and alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(7).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

1     3.     Venue lies in this district pursuant to 28 U.S.C. § 1395.

4.     Plaintiff in this action is the United States of America (the "government").

5.     The defendant in this action is Real Property In Riverside, California ("Real Property in Riverside").[1] The legal description of the Real Property in Riverside is as follows:

> Lot 58 of Tract No. 20312-1, in the City of Riverside, County of Riverside, State of California, as shown by Map on File in Book 165, Pages 46 to 50, inclusive of Maps, record of Riverside County, California.
>
> APN: 252-272-008-0

6.     Pursuant to a grant deed recorded May 29, 2013 as Document No. 2013-0253356 with the Riverside County Recorder, title to Real Property in Riverside is vested in "Heather Sadik and Hadeer Sadik, as joint tenants."

7.     Additional recordings with the Riverside County Recorder against Real Property in Riverside include (i) an assessment lien in favor of the City of Riverside in the principal amount of $3,000.00 for unpaid administrative penalties (Citation Nos. ANC1019534 and ANC1019380 for $880.00 and $2,200.00, respectively) recorded July 21, 2009 as Document No. 2009-0375174; (ii) a judgment lien in favor of El Verano, LLC and against Samir S. Sadik in the principal amount of $33,079.90 reflected by an abstract of judgment recorded March 6, 2012 as Document No. 2012-0103303; (iii) a judgment lien in favor of State of California Employment Development Department and against Heather S. Sadik in the principal amount of $679.13 reflected by an

---

[1] Pursuant to Local Rule 5.2-1, only the city and state of personal residences are set forth in this Complaint.

2

abstract of judgment recorded July 30, 2013 as Document No. 2013-0368408; and (iv) a lien in favor of Uninsured Employers Benefits Trust Fund Recovery Unit in the principal amount of $70,269.94 recorded May 5, 2015 as Document No. 2015-0185085. The government does not seek to forfeit the interests of the above-referenced lienholders.

8. The interests of Heather Sadik and Hadeer Sadik may be adversely affected by these proceedings.

**FACTS SUPPORTING FORFEITURE**

9. On March 8, 2018, the Riverside County Sheriff's Department, Moreno Valley Special Enforcement Team ("SET") received a report of a reckless driver in the area of the Moreno Valley Mall. Officers of the SET conducted an enforcement stop of the vehicle, a blue Nissan 240SX registered to Hadeer Sadik, who was driving the Nissan. Hadeer Sadik told the officers that he operated a marijuana dispensary from a recreational vehicle ("RV") parked at a residential address in Moreno Valley, California.

10. Officers arrested Hadeer Sadik, searched the Nissan, and found under the passenger seat a Kahr 9mm handgun, which was registered to Hadeer Sadik and contained seven live rounds. Hadeer Sadik stated that he carried the loaded firearm for protection because he operated the marijuana dispensary. Also in the vehicle were two backpacks containing $8,187.00 in cash and approximately 1.361 kilograms of marijuana.

11. On May 30, 2018, the officers executed State of California search warrants at the Real Property in Riverside, where the Sadiks' resided, and at the address in Moreno Valley where the RV was parked. During the Moreno Valley residence address search, officers located

3

the RV which Hadeer Sadik used as a marijuana dispensary and found situated therein two firearms registered to Hadeer Sadik. One firearm was a loaded Sig Sauer P226 9mm semi-automatic firearm, which contained a live round in the chamber and was pointed where customers could approach the RV to purchase marijuana. The other firearm was a Black Beretta Storm PX4 .40 caliber semi-automatic handgun, which officers found under a mattress toward the front of the RV. Dispensary employees who were present at the RV during the search told officers that Hadeer Sadik provided them access to the firearms for the employees' protection.

12. Officers also found in the RV $3,221.00 in U.S. currency, several boxes of different caliber ammunition, and approximately 17.78 kilograms of marijuana and 60 grams of extracted Tetrahydrocannabinol.

13. When officers executed the search warrant at the Real Property in Riverside (i.e., the defendant), officers discovered an operational indoor marijuana grow operation, extracted THC, bulk marijuana, and several weapons. On top of a couch next to the front door in the living room, officers found a loaded Colt M4 rifle registered to Hadeer Sadik. Hadeer Sadik told officers that he possessed the firearm to further Hadeer Sadik's marijuana distribution business.

14. Officers also found items--including over 20 extra purified butane case containers--commonly used to produce marijuana wax. In addition, officers found in an upstairs room a converted marijuana grow-room that contained 1.4 pounds of marijuana, two lamps, and two fans.

/ / /

15. Also, officers found in the kitchen an Orion flare gun with three live flares, an unloaded Taurus .38 special revolver, 51 live cartridges for a Winchester .38 special firearm, and 18 live rounds for a .38 special firearm. In addition, officers found in the master bathroom and bedroom 33 bags of marijuana, baggies containing .39 grams of marijuana, 3 plastic containers with "wax" patties, 1 ballistic vest, 82 miscellaneous rounds of ammunition, and a .22 caliber Glenfield rifle. Officers also found approximately $61,160.00 in U.S. currency. In the unlocked closet of the master bedroom, officers found a loaded 30/30 Rifle and approximately 615 grams of cocaine in several bags/containers.

16. In addition to the drugs, currency and other items officers found on May 30, 2018, officers also found drugs and currency when officers stopped Hadeer Sadik and another individual, on that same date, while they were traveling in a Toyota Camry in Moreno Valley, California. Officers found Hadeer Sadik to be in possession of approximately $10,425.00 in U.S. currency while Hadeer Sadik's traveling companion had approximately 19 grams of marijuana, which had been packaged for sale to marijuana customers and had been provided by Hadeer Sadik to the companion.

17. A federal criminal indictment was filed against Hadeer Sadik in the Central District of California for federal narcotic law violations. See United States v. Hadeer Samir Sadik, Case No. 5:18-CR-00248-GW. The criminal case resulted in the entry of a judgment of commitment order whereby Hadeer Sadik was convicted of violations of 21 U.S.C. §§ 841 and 846. Id. ECF 33.

///

///

**CLAIM FOR RELIEF**

18. Based on the above, plaintiff alleges that Real Property in Riverside was used, or intended to be used, to commit, or to facilitate the commission of one or more violations of 21 U.S.C. § 841 et seq. Real Property in Riverside is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of Real Property in Riverside;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of Real Property in Riverside to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: December 14, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　　／s/ *Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**VERIFICATION**

I, Melanie J. Clark, hereby declare that:

1. I am a Special Agent with the United States Drug Enforcement Administration. I am a case officer for the forfeiture matter entitled <u>United States v. Real Property Located in Riverside, California</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December <u>14</u>, 2020 in Riverside, California.

*Melanie J. Clark*
MELANIE J. CLARK
Special Agent
United States Drug Enforcement Administration